Charles Caldwell, plaintiff in error, v. Chicago Title & Trust Company, as administrator de bonis non with the will annexed of Hugh A. Cole, deceased, defendant in error.   Gen. No. 33,662.

Opinion filed January 6, 1930.

Rehearing denied January 20, 1930.

James Rosenthal, for plaintiff in error; Howard M. Oberndorf, of counsel. Lucius, Buehler & Lucius, for defendant in error; Edward B. Lucius, Ernst Buehler and Philip Horton Newman, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.